

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00732-CV

**IN RE RCI ENTERTAINMENT, San Antonio, Inc.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
Phylis J. Speedlin, Justice
Steven C. Hilbig, Justice

Delivered and Filed:  December 5, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On October 30, 2012, Relator RCI Entertainment, San Antonio, Inc. filed a petition for writ of mandamus. On November 19, 2012, real parties in interest filed a response to the petition for writ of mandamus. The court has considered the relator's petition, the real parties in interest's response, and the appellate record and is of the opinion that the relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2010-CI-17138, *Jelani Omarri Gibson, Libby Marie Gimpel v. XTC Cabaret Inc., RCI Entertainment (San Antonio), Inc., and Rick's Cabaret*, Cause No. 2011-CI-06990, *George Kassis and Sonya Kassis v. XTC Cabaret Inc. and RCI Entertainment (San Antonio), Inc.*, and Cause No. 2011-CI-00798, *James Beaumont v. XTC Cabaret Inc., RCI Entertainment (San Antonio), Inc., and Rick's Cabaret*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel, Jr. presiding.